IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEWIS KEY, JR., a/k/a Samuel Lewis Key, Jr., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM CURRY, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 5:13-CV-134 (MTT) |

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 25). The Magistrate Judge recommends granting the motions to dismiss (Doc. 12; Doc. 16) by Defendants Michelle Cravey, Linda Adams, and William Currey. The Magistrate Judge further recommends denying as futile the Plaintiff's motion to amend his complaint (Doc. 22). The Plaintiff did not file an objection to the Recommendation.[1]

The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the **ORDER** of this Court. The Defendants' motions to dismiss are **GRANTED** and the Plaintiff's motion to amend his complaint is **DENIED as futile**.

**SO ORDERED**, this 19th day of March, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Plaintiff, on March 17, 2014, did submit a motion for an extension of time to file an objection. (Doc. 26). The magistrate judge denied the Plaintiff's motion by text order entered March 18, 2014. However, the Court will delay the entry of judgment to allow Plaintiff to file a motion for reconsideration of this Order. Any such motion shall be filed within **14 days** of the entry of this Order.