IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEWIS KEY, JR., a/k/a Samuel Lewis Key, Jr., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM CURRY, et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 5:13-CV-134 (MTT) |

### ORDER

Before the Court is the Plaintiff's motion to appoint counsel (Doc. 33), filed May 5, 2014. However, this issue is moot because judgment was entered against the Plaintiff on April 30, 2014. (Doc. 31).

Moreover, the Plaintiff would not have qualified for the appointment of counsel in this case. There is "no absolute constitutional right to the appointment of counsel." *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987). Appointment of counsel is a privilege that is justified only by exceptional circumstances. *Lopez v. Reyes*, 692 F.2d 15, 17 (5th Cir. 1982). In deciding whether legal counsel should be provided, the Court considers, among other factors, the merits of the Plaintiff's claim and the complexity of the issues presented. *Holt v. Ford*, 682 F.2d 850, 853 (11th Cir. 1989). This case did not involve complex issues and, as the Court has already determined, the Plaintiff's claims lack merit.

Consequently, the Plaintiff's motion is **DENIED**. This case has been closed.

**SO ORDERED**, this 7th day of May, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT